**FILED**

UNITED STATES COURT OF APPEALS

APR 03 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WILLIAM A. SOKOLOWSKI. | No. 13-70699 |
| WILLIAM A. SOKOLOWSKI, individually and derivatively on behalf of Stec, Inc, | D.C. No. 8:12-cv-01862-JVS-MLG<br>Central District of California, Santa Ana |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA, | |
| Respondent, | |
| MANOUCHEHR MOSHAYEDI; et al., | |
| Real Parties in Interest. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

4/3/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

   Petitioner's motion for voluntary dismissal of the petition for writ of mandamus is construed as a motion to withdraw the petition. So construed, the motion is granted. The petition is withdrawn.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Arwen Swink
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

AS/MOATT