LATHAM & WATKINS LLP
Patrick E. Gibbs, Bar No. 183174
*patrick.gibbs@lw.com*
Matthew Rawlinson, Bar No. 231890
*matt.rawlinson@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

LATHAM & WATKINS LLP
Colleen C. Smith, Bar No. 231216
*colleen.smith@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorneys for Nominal Defendant STEC, Inc. and Defendants Manouch Moshayedi, Mehrdad Moshayedi, Raymond D. Cook, Rajat Bahri, Robert M. Saman, Masoud Moshayedi, Dan Moses, F. Michael Ball, Matthew Witte, Christopher Colpitts, Mehrdad Moshayedi Trust, Manouch Moshayedi Trust, and Masoud Moshayedi Trust*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SOKOLOWSKI, <br><br>Plaintiff, <br><br>v. <br><br>MANOUCHEHR MOSHAYEDI, ET AL., <br><br>Defendants, <br><br>and <br><br>STEC, INC., a California Corporation, <br><br>Nominal Defendant. | Case No. 12-civ-1862-JVS(MLGx) <br><br>**JOINT STIPULATION REGARDING SETTLEMENT AGREEMENT AND DISMISSAL OF ACTIONS** <br><br>Judge:  Hon. James V. Selna <br>Ctrm.   10C |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

Case Nos. 12-CV-1862 & 13-CV-01277 JVS(ANx)
JOINT STIPULATION REGARDING
SETTLEMENT AGREEMENT

| | |
|---|---|
| WILLIAM A. SOKOLOWSKI,<br><br>          Plaintiff,<br><br>          v.<br><br>WESTERN DIGITAL CORP., *et al.*,<br><br>          Defendants,<br><br>and<br><br>STEC, INC., a California Corporation,<br><br>          Nominal Defendant. | Case No. 13-CV-01277-JVS (ANx) |

Plaintiff in the above-captioned actions, William A. Sokolowski, on behalf of himself, by and through his counsel of record ("Plaintiffs' Counsel") and defendants in *Sokolowski v. Moshayedi*, No. 12-CV-01862-JVS (ANx) ("*Sokolowski I*"), Manouch Moshayedi, Mehrdad Moshayedi, Raymond D. Cook, Rajat Bahri, Robert M. Saman, Masoud Moshayedi, Dan Moses, F. Michael Ball, Matthew Witte, Christopher Colpitts, Mehrdad Moshayedi Trust, Manouch Moshayedi Trust, Masoud Moshayedi Trust, and Nominal Defendant sTec, Inc. ("sTec"), by and through their counsel of record; and defendants in *Sokolowski v. Western Digital Corp.*, No. 13-CV-01277-JVS (ANx) ("*Sokolowski II*"), Western Digital Corporation, Lodi Ventures, Inc., Kevin C. Daly, Manouch Moshayedi, Mehrdad Moshayedi, Rajat Bahri, F. Michael Ball, Matthew Witte, Christopher Colpitts, and Nominal Defendant sTec, Inc., by and through their counsel of record (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, Plaintiff filed *Sokolowski I* on October 25, 2012;

WHEREAS, on June 23, 2013, sTec announced that it had entered into an Agreement and Plan of Merger with Western Digital Corporation and its wholly-owned subsidiary, Lodi Ventures, Inc. (collectively, "Western Digital"), pursuant to which holders of sTec's common stock would receive $6.85 per share in cash;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

Case Nos. 12-CV-1862 & 13-CV-01277 JVS(ANx)
JOINT STIPULATION REGARDING
SETTLEMENT AGREEMENT

1    WHEREAS, between June 26, 2013 and July 11, 2013, seven stockholders of sTec filed purported class action lawsuits on behalf of themselves and all others similarly situated in the Superior Court of the State of California, County of Orange, against sTec, the members of sTec's Board of Directors, and Western Digital (the "Orange County Actions");

WHEREAS, Plaintiff filed *Sokolowski II* on August 21, 2013;[1]

WHEREAS, on September 11, 2013, the parties in the Orange County Actions executed a memorandum of understanding on terms to settle all of the claims asserted by the plaintiffs in those actions;

WHEREAS, on September 12, 2013, sTec was acquired by HGST, Inc., a subsidiary of Western Digital, Inc.;

WHEREAS, following sTec's acquisition, Plaintiff's counsel acknowledged that Plaintiff had lost standing to pursue the derivative claims asserted in *Sokolowski I*, but indicated his intention to pursue the remaining, direct claims (*see* Dkt # 47);[2]

WHEREAS, on November 5, 2013, the defendants in *Sokolowski II* filed a motion to dismiss the action in its entirety on the grounds that the complaint in that action failed to state a claim upon which relief can be granted. As of this date, that motion is still pending;

WHEREAS, the parties have concluded that it is desirable that the Actions be fully and finally settled and have reached a settlement agreement effective January 6, 2014.

---

[1] The *Sokolowski I* and *Sokolowski II* cases are collectively referred to herein as the "Actions."

[2] Plaintiff's complaint in *Sokolowski I* was formally consolidated with *In re sTec, Inc. Derivative Litigation*, No. 10-CV-00667-JVS, by order on January 23, 2013. Dkt # 39. The claims asserted by the lead plaintiff in that case were voluntarily dismissed as reflected in this Court's October 17, 2013 dismissal order (Dkt # 46).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

Case Nos. 12-CV-1862 & 13-CV-01277 JVS(ANx)
JOINT STIPULATION REGARDING
SETTLEMENT AGREEMENT

1     WHEREFORE, the Parties hereby stipulate and jointly request that the Court
2 enter Orders in the *Sokolowski I* and *II* actions, respectively:
3     (1) dismissing all of the remaining claims in the *Sokolowski I* Action, No.
4 12-CV-01862-JVS (ANx) with prejudice; and
5     (2) dismissing with prejudice the *Sokolowski II* Action, No. 13-CV-01277-
6 JVS (ANx).

8 IT IS SO STIPULATED.
9 DATED: January 8, 2014      LATHAM & WATKINS LLP

10      By /s/ Patrick E. Gibbs

11      Patrick E. Gibbs (Bar No. 183174)
     *patrick.gibbs@lw.com*
12      140 Scott Drive
     Menlo Park, CA 94025
13      Telephone: (650) 328-4600

14      *Attorneys for Nominal Defendant STEC, Inc. and Defendants Manouchehr Moshayedi, Mehrdad Moshayedi, Raymond D. Cook, Rajat Bahri, Robert M. Saman, Masoud Moshayedi, Dan Moses, F. Michael Ball, Matthew Witte, Christopher Colpitts, Mehrdad Moshayedi Trust, Manouch Moshayedi Trust, and Masoud Moshayedi Trust*

20 DATED: January 8, 2014      SHEARMAN & STERLING, LLC

21      By /s/ Stephen D. Hibbard

22      Stephen D. Hibbard (Bar No. 177865)
23      *shibbard@shearman.com*
     Four Embarcadero Center, Suite 3800
24      San Francisco, CA 94111-5994
     Telephone: (415) 616-1100

25      *Attorneys for Defendants Western Digital Corporation and Lodi Ventures, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

Case Nos. 12-CV-1862 & 13-CV-01277 JVS(ANx)
JOINT STIPULATION REGARDING
SETTLEMENT AGREEMENT

| | | |
|---|---|---|
| 1 | DATED: January 8, 2014 | GIBSON, DUNN & CRUTCHER LLC |
| 2 | | By /s/ Meryl L. Young |
| 3 | | Meryl L. Young (Bar No. 110156) |
| 4 | | *myoung@gibsondunn.com*<br>3161 Michelson Drive |
| 5 | | Irvine, CA 92612-4412<br>Telephone: (949) 451-4229 |
| 6 | | *Attorneys for Defendants* |
| 7 | | *Kevin C. Daly, Manouch Moshayedi,*<br>*Mehrdad Moshayedi, Rajat Bahri, F.* |
| 8 | | *Michael Ball, Matthew Witte,*<br>*Christopher Colpitts, and Nominal* |
| 9 | | *Defendant sTec, Inc.* |
| 10 | DATED: January 8, 2014 | CUNEO GILBERT & LADUCA LLP |
| 11 | | By /s/ Jonathan W. Cuneo |
| 12 | | Jonathan W. Cuneo |
| 13 | | *jonc@cuneolaw.com*<br>Matthew E. Miller |
| 14 | | *mmiller@cuneolaw.com*<br>507 C Street, N.E. |
| 15 | | Washington, D.C. 20002<br>Telephone: (202) 789-3960 |
| 16 | | *Attorneys for Plaintiff* |
| 17 | | *William A. Sokolowski* |
| 18 | | |
| 19 | DATED: January 8, 2014 | GREENFIELD & GOODMAN, LLC |
| 20 | | By /s/ Richard D. Greenfield |
| 21 | | Richard D. Greenfield |
| 22 | | *whitehatrdg@earthlink.net*<br>Ilene F. Brookler (Bar No. 269422) |
| 23 | | *ibrookler@gmail.com*<br>250 Hudson Street-8th Floor |
| 24 | | New York, New York 10013<br>Telephone: (917) 495-4446 |
| 25 | | *Attorneys for Plaintiff*<br>*William A. Sokolowski* |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

Case Nos. 12-CV-1862 & 13-CV-01277 JVS(ANx)
JOINT STIPULATION REGARDING
SETTLEMENT AGREEMENT