JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SOKOLOWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>MANOUCHEHR MOSHAYEDI, ET AL.,<br><br>    Defendants,<br><br>    and<br><br>STEC, INC., a California Corporation,<br><br>    Nominal Defendant. | Case No. 12-civ-1862-JVS(MLGx)<br><br>**DISMISSAL ORDER AND FINAL JUDGMENT**<br><br>Judge:   Hon. James V. Selna<br>Ctrm.   10C |

    The Court has received and reviewed the Parties' Joint Stipulation Regarding Settlement Agreement, filed January 8, 2014.  Based upon that Joint Stipulation, and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own costs.

1   The Court directs immediate entry of this Final Judgment by the Clerk of the
2   Court.

3   IT IS SO ORDERED.
4

5
    DATED: January 17, 2014
6
                                                    _____
7
                                                    THE HONORABLE JAMES V. SELNA
8                                                   UNITED STATES DISTRICT JUDGE